IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v § | NO.: 4:21-CR-442 (7) |
| § | |
| FELIX ROSENDO-RIOS II § | |
| § | |

### DEFENDANT FELIX ROSENDO-RIOS II'S
### OPPOSED MOTION FOR CONTINUANCE

FELIX ROSENDO-RIOS, through counsel Gene P. Tausk requests a continuance of the Sentencing Hearing currently set for November 4, 2024 at 8:30 in the AM and in support presents the following:

I.

Undersigned counsel was presented with a new PSI on or about October 28, 2024, which removes the acceptance of responsibility reduction in sentence for Defendant. This reduction was removed for actions that Defendant allegedly engaged in while on pretrial release.

II.

Upon meeting with Defendant, undersigned counsel needs to review this alleged violation and has several questions regarding this violation which must be addressed.

**III.**

Ms. Jennifer Stabe, the Assistant United States Attorney handling all the Defendants' cases, is opposed to this motion.

**IV.**

For the above-stated reasons, therefore, undersigned counsel respectfully asks for a continuance of 30 days in this matter and to give undersigned counsel time to investigate this alleged violation and to properly brief this Honorable Court as to what the correct sentence should be.

Respectfully submitted:

THE TAUSK LAW FIRM

/s/ Gene P. Tausk_____
FED ID: 22203
TBN: 24003035
733 E 12 ½ Street
Houston, TX 77008
(713) 429-5476
(713) 490-3150 (fax)
gene@tausklawfirm.com

ATTORNEYS FOR DEFENDANT
FELIX ROSENDO-RIOS II

## CERTIFICATE OF CONFERENCE

I certify, as stated in the contents of this Motion, that I spoke with the Assistant United States Attorney in this matter and Ms. Stabe is opposed to this Motion.

/s/ Gene P. Tausk_____
Gene P. Tausk

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Filing was served upon the Assistant U.S. Attorney for the Southern District of Texas, by electronic filing on this, the 3rd of November 2024.

/s/ Gene P. Tausk_____
Gene P. Tausk